UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

HAROLD MOODY,
                Plaintiff,

      v.                                         9:03-CV-00850

MS. MOON, Nurse Administrator, Oneida Correctional Facility; MS. Janicki, Nurse Practioner, Oneida Correctional Facility; MR. BEHRLE, First Deputy Superintendent of Administration, Oneida Correctional Facility; and DR. PICKLES,
                Defendants.
_____

APPEARANCES:                            OF COUNSEL:

FOR THE PLAINTIFF:

HAROLD MOODY
99-A-2743
Fishkill Correctional Facility
Box 1245
Beacon, NY 12508

FOR THE DEFENDANTS:

HON. ELIOT SPITZER               PATRICK MacRAE, ESQ.
Attorney General State of New York     Asst. Attorney General
615 Erie Boulevard West
Suite 102
Syracuse, NY 13204-2455

NORMAN A. MORDUE, U.S. DISTRICT JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

David E. Peebles, duly filed on the 23rd day of January, 2006. Following ten days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: February 13, 2006
       Syracuse, New York

Norman A. Mordue
U.S. District Judge

_____
                                Norman A. Mordue
                                U.S. District Judge